United States Courts
Southern District of Texas
FILED

JUL 16 2018

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Division

| | |
|---|---|
| : Eddie-Tyrone: Manuel UCC1-308 Beneficiary for the EDDIE TYRONE MANUEL, TYEDDA ALICIA MANUEL, ELIZABETH REGINA MANUEL & EMMANUEL KING MANUEL© ENTITIES ESTATE | Case No. **H 18 2434** *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*   ✓ Yes   ☐ No

-v-

THE STATE OF TEXAS; GOVERNOR GREG ABBOTT; DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES; NATIONAL SCREEN CENTER; QUEST DIAGNOSTICS; UTMB HEALTH JOHN SEALY HOSPITAL; STATE BAR OF TEXAS; CHID ADVOCATE, INC; HARRIS COUNTY TEXAS PRECINCT 5 ; WALLER COUNTY TEXAS; DICKINSON COUNTY TEXAS; GALVESTON COUNTY TEXAS; TEXAS DEPARTMENT OF PUBLIC SAFETY, INC; EUGENE WU; WILLIAM M. THURSLAND; WILLIAM B. CONNOLLY/CONNOLLY & SHIREMAN LLP; KEISHA SMITH-ANDERSON; COURTNEY A. HERNANDEZ; CHAUN DAVIS HUBBARD; EVA PATRICIA MCANALLY; MICHAEL R. HULL; VINCE RYAN; JUDGE MICHAEL SCHNEIDER; JUDGE ANGELA ELISABETH ELLIS; NATALIE FLEMING "See Attachment"

**"EACH IN THEIR OFFICIAL CAPACITY**

*Respondents/Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## IDENTIFICATION OF DEFENDANT'S AND BAR CARD CORPORATION MEMBERS

EUGENE WU TBN: 24059252; P.O.BOX 710321 HOUSTON, TEXAS 77271-0321 TEL: 832-578-3283

WILLIAM M. THURSLAND;TBN:20016200; 440 LOUISIANA St., Ste.1130 HOUSTON, TEXAS 77002; TEL: 713-665-0200 × 105

COURTNEY A. HERNANDEZ; TBN: 24080024; 1019 Congress, 15th Floor HOUSTON, TEXAS 77002; TEL: 713-274-5220 e-mail: Courtney.hernandez@cao.hctx.net

MICHAEL R. HULL; TBN: 24003733; 1019 Congress, 17th Floor.; HOUSTON, TEXAS 77002; TEL: 713-274-5138

CHAUN DAVIS HUBBARD; TBN: 24000344; 1001 TEXAS, Ste. 1400; HOUSTON, TEXAS 77002; TEL: 713-223-4565 e-mail: chaunhubbard@hotmail.com

EVA PATRICIA MCANALLY; TBN: 13321400; P.O. BOX 680043; HOUSTON, TEXAS 77268; TEL: 713-301-1922; email: patmac1542@aol.com

WILLIAM B. CONNOLLY; TBN: 04702400/ CONNOLLY & SHIREMAN ,LLP; 2211 NORFOLK ST., SUITE 737 HOUSTON, TX 77098 ; TEL: 713-520-5757 • FAX: 713.520.6644

ANGELA M. CRAVEN; TBN: 00796412; ASSISTANT COUNTY ATTORNEY; 1019 CONGRESS, 17TH FLOOR HOUSTON, TX 77002 TEL: 713.274.5220 • FAX: 713.437.4700; e-mail: angela.craven@cao.hctx.net

VINCE RYAN ; SPN: 99999939; HARRIS COUNTY ATTORNEY; 1019 CONGRESS, 15TH FLOOR HOUSTON, TX 77002 TEL: 713.755.5101• FAX: 713.755.8924

(JUDGE) MIKE SCHNEIDER ; HARRIS COUNTY JUVENILE JUSTICE CENTER; 1200 CONGRESS, 7TH FLOOR HOUSTON, TX 77002

CHRIS DANIEL; HARRIS COUNTY DISTRICT CLERK; 201 CAROLINE, SUITE 420 HOUSTON, TX 77002; TEL: 832.927.5800

COUNTY JUDGE ED EMMETT; DISTRICT ATTORNEY KIM OGG; COUNTY CLERK STAN STANART; SHERIFF ED GONZALEZ; 1001 PRESTON, HOUSTON, TX 77002; TEL:

(MAYOR) SYLVESTER TURNER; CITY OF HOUSTON TEXAS; 901 BAGBY HOUSTON, TX 77002; TEL: 713.837.0311; sylvester.turner@houstontx.gov

TEXAS DEPARTMENT OF PUBLIC SAFETY; LT. JIMMY JACKSON; THP-HP; 5821 AIRPORT BLVD. AUSTIN, TX 78752; TEL: 512.451.0571• FAX: 512.451.0709

THE OFFICE OF CONSTABLE TED HEAP; HARRIS COUNTY PRECINCT 5; 17423 KATY FREEWAY HOUSTON, TX 77094; TEL: 832.927.6700; SGT. LOUIS GONZALEZ; DEPUTY LILY LIZCANO

DICKINSON POLICE DEPARTMENT & MUNICIPAL COURT; RON MORALES CHIEF OF POLICE ; WARRANT OFFICER G. VASQUEZ; 4000 LIGGIO DICKINSON, TX 77539; TEL: 281.337.6349;

JIM SCHWEITZER PRESIDING JUDGE; CITY OF GALVESTON; 601 54TH ST. SUITE 300 GALVESTON, TX 77551

WALLER COUNTY (COUNTY JUDGE) CARBETT "TREY" J. DUHON III; 836 AUSTIN STREET, SUITE 203 HEMPSTEAD, TX 77445; TEL: 979.826.7700• FAX: 979.826.2112; (STATE TROOPER) MIGUEL A. TEJEDA 13484 ; WALLER COUNTY SHERIFF OFFICE ; (SHERIFF) R. GLENN SMITH; 701 CALVIT ST, HEMPSTEAD, TX 77445; TEL: 979.826.8282

SONYA GALVAN CEO; CHILD ADVOCATE, INC, 3701 KIRBY DR., #400 HOUSTON, TX 77098; TEL: 713.529.1396; KRISTY CLARK, CASA VOLUNTEER; QUANA SMITH, CASA COORDINATOR

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES INC., HENRY HANK WHITMAN JR. COMMISSIONER; 701 W. 51 ST STREET, AUSTIN , TX 78751; AYESHA REYNOLDS SUPERVISOR II; KIMBERLY GRANT, DFPS; TENNILLE WHITLOCK, DFPS; JERRI THOMAS, CPS; CHRISTINE SANDTIBANDER, CPS; EBONY WASHINGTON ; PATRICIA MANNING ; TEL: 512.438.4800 ;

JESSICA DEL FIERRO; DFPS INVESTIGATIVE SUPERVISOR; 2500 BOLSOVER ST. HOUSTON, TX 77005; TEL: 281- 222-2312

EZALIA WALKER, DFPS INVESTIGATIVE PROGRAM DIRECTOR; 2500 BOLSOVER ST, HOUSTON, TX 77005; TEL: 281.795.7650

TYE KELLEY , DFPS CONSERVATORSHIP PROGRAM DIRECTOR, 2525 MURWORTH ; HOUSTON, TX 77054;TEL: 713.394.4419

OWMBY & SMITH, KEISHA SMITH-ANDERSON TBN: 24029841; 405 S MAIN ST #809, HOUSTON, TX 77002 TEL: 713.984.4877

NATIONAL SCREENING CENTER; CUSTODIAN OF RECORDS BRUCE JEFFRIES CEO; PAULA JEFFERIES OWNER; 407 FANNIN ST; HOUSTON, TX 77002 ; TEL: 713.226.7847• FAX: 713.226.7849

QUEST DIAGNOSTICS; STEPHEN RUSCKOWSKI CEO; 10101 RENNER BLVD , LENEXA, KS 66219

RELD TO INTERNAL CHAIN OF CUSTODY LIST: **MADISON SMITH, HOLLY FOWLER, BAODONG NIU, TERESA THOMAS, LATASHA SIMPSON, LORI ROCHA, SONJA ROWE, DIANE BANKS, SHALINA JONES, CHRIS ANGEL, JACQUELYN JAMES, SARAH STALICA, MELISSA BUDIMLIJA, LISA JOHNSON, SHUA THAO, TERRIKA WEBB, TIM KHOUNVONGSA, DELINA CARLOS, HANG JUN DAI, GUI QIN CAO;**

WILLIAM SUMPTER FRAZIER; TBN: 07407000; 2525 MURWORTH STE #300; HOUSTON, TX 77054; 1019 CONGRESS AVE, 16TH FLOOR, HOUSTON, TX 77002; TEL: 713.274.5186

CONSTABLE , ALAN ROSEN PRECINCT #1; HARRIS COUNTY CONSTABLE OFFICE; 1302 PRESTON , SUITE 301, HOUSTON, TX 77002; TEL: 713.755.5200

STATE BAR OF TEXAS CORPORATION ; TOM VICK STATE BAR OF TEXAS PRESIDENT; 1414 COLORADO ST, AUSTIN, TX 78701; TEL: 512.427.1463

UTMB HEALTH; DAVID L. CALLENDER PRESIDENT, MD, MBA, FACS ; SUITE 6.100 ADMINISTRATION BLDG. 301 UNIVERSITY BLVD. GALVESTON, TX 77555-0129; TEL: 409.772.1902 FAX: 409.772.5064

DR. ANDREA GLASER, GASTROENTEROLOGIST; 2785 GULF FREEWAY SOUTH, SUITE 2.200, LEAGUE CITY, TX 77573; 6416 BROADWAY , GALVESTON , TX 77551; TEL: 409.744.5437, 409.772.3695; FAX: 409.772.3680, 409.772.3680

GLENDA ALEXANDER, PSYCHO-SOCIAL ASSESSOR, WELLNESS COUNSELING CENTER, 2626 SOUTH LOOP WEST STE. 380 HOUSTON, TX 77054; TEL: 713-568-9506

JOSEPH GARDZINA, SUBSTANCE ABUSE ASSESSOR; ADAPT PROGRAMS; 10039 BISSONNET, SUITE 220, HOUSTON, TX 77036; TEL: 832.457.3540

BETH ANDERSON; SOCIAL WORKER (CASE MANAGEMENT), UTMB JOHN SEALY HOSPITAL 1306 MARKET ST. GALVESTON , TX 77550; TEL: 409.772.1011,

LEANN STUBBS; SOCIAL WORKER, ( CASE MANAGEMENT); UTMB JOHN SEALY HOSPITAL, 1306 MARKET ST. GALVESTON, TX 77550; TEL: 409.772.1011

KELLY WARNKE; NURSE PRACTITIONER UTMB JOHN SEALY HOSPITAL 1306 MARKET ST. GALVESTON, TX 77550; TEL: 409.772.1011

TRISTA CARTER; DISCHARGE PLANNER, UTMB JOHN SEALY HOSPITAL 1306 MARKET ST. GALVESTON, TX 77550; TEL: 409.772.1011

PHILLIP KERNE, PhD.., AID TO VICTIMS OF DOMESTIC ABUSE ( AVDA), 1001 TEXAS ST. STE. 600, HOUSTON, TX 77002, TEL: 713.224.9911

RAFAEL FONSECA; MD, NEONATOLOGIST ; UTMB GALVESTON; 301 UNIVERSITY BLVD, GALVESTON, TX 77555; TEL: 409.772.1011

SHAWNA OCARANZA, OCCUPATIONAL THERAPIST; UTMB GALVESTON; 301 UNIVERSITY BLVD, GALVESTON, TX 775555; TEL: 409.772.1011

**STATE OF TEXAS CORPORATION**

TEXAS ATTORNEY GENERAL KEN PAXTON; 300 W. 15TH STREET; AUSTIN, TX 78701; TEL: 512.463.2100

TEXAS GOVERNOR GREG ABBOTT; STATE INSURANCE BUILDING; 1100 SAN JACINTO BLVD., RM. 2119 AUSTIN, TX 78701; TEL: 512.463.2000

(JUDGE) NATALIE CEIESTE FLEMING; TBN: 07130700; 1201 FRANKLIN 7TH or 8TH FLOOR , HOUSTON, TX 77002-1900; TEL: 713.755.6188

(JUDGE) KRISTIN MELISSA GUINEY; TBN: 24032381; 201 CAROLINE ST , FLOOR 8 HOUSTON, TX 77002-1964; TEL: 832.927.3850

KATHY KAHLE TBN: 24000608; ASSISTANT DISTRICT ATTORNEY; 1201 FRANKLIN ST, STE 600 , HOUSTON, TX 77002-1930;TEL: 713.274.5800

EILEEN MARIE GUERINOT; TBN: 24033824; EILEEN G BOGAR FIRM; 6309 SKYLINE DRIVE , SUITE D HOUSTON, TX 77057

(JUDGE) ANGELA ELISABETH ELLIS; TBN:24012129; 315TH DISTRICT COURT; 1200 CONGRESS ST STE 6000 HOUSTON, TX 77002-1952; TEL: 713-222-4950

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

　　A. **The Plaintiff(s)**

　　　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　　　　　Name　　　　　　　　　　　　: Eddie-Tyrone: Manuel UCC 1-308 Beneficiary /Co-trustee

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| Address | In Care of: 17811 Moss Forest Dr. |
| | Near Houston / Texas / [77090] |
| | *City / State / Zip Code* |
| County | Harris / Real Land North America/ Non Domestic |
| Telephone Number | 346-252-7777 |
| E-Mail Address | Whitecaesar6@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

### Defendant No. 1

| | |
|---|---|
| Name | THE STATE OF TEXAS ; GOVERNOR GREG ABBOTT |
| Job or Title *(if known)* | ENTITIES |
| Address | STATE INSURANCE BUILDING; 1100 SAN JACINTO BLVD;RM 2119 |
| | AUSTIN / TEXAS / 78701 |
| | *City / State / Zip Code* |
| County | TRAVIS |
| Telephone Number | 512-463-2000 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity   [✓] Official capacity

### Defendant No. 2

| | |
|---|---|
| Name | TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES INC. |
| Job or Title *(if known)* | HENRY HANK WHITMAN JR. ;COMMISSIONER |
| Address | 701 W. 51 ST STREET, |
| | AUSTIN / TEXAS / 78751 |
| | *City / State / Zip Code* |
| County | TRAVIS |


Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| Telephone Number | 512-438-4800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ✓ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | UTMB HEALTH;THE UNIVERSITY OF TEXAS MEDICAL BRANCH INC |
| Job or Title *(if known)* | DAVID L. CALLENDER; PRESIDENT ; MD, MBA, FACS |
| Address | SUITE 6.100 ADMINISTRATION BLDG. 301 UNIVERSITY BLVD. |
| | GALVESTON / TEXAS / 77555-0129 |
| | *City / State / Zip Code* |
| County | GALVESTON |
| Telephone Number | 409-744-5437 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ✓ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | NATIONAL SCREEN CENTER INC. & QUEST DIAGNOSTICS INC. |
| Job or Title *(if known)* | BRUCE JEFFRIES; CEO & STEPHEN RUSCKOWSKI; CEO |
| Address | 407 FANNIN ST. |
| | HOUSTON & LENEXA / TX/KS / 77002/66219 |
| | *City / State / Zip Code* |
| County | HARRIS / JOHNSON |
| Telephone Number | 713-226-7847 / 973-520-2900 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ✓ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

✓ Federal officials (a *Bivens* claim)

✓ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The following United States Federal Constitutional Codes has been violated by Government Officials and Private Clients : Title 42 U.S.C 1986 , FRCP 26(e) , Title 18 U.S.C Sec. 1001 & 1002 , Title 15 U.S.C. 1692(e) , Title 15 U.S.C 78 FF Penalty $25,000,000 Fine , Title 42 U.S.C. 1985 sec. 1 , 2, 3 Title 18 U.S.C. 1961 , 242,241, 3 , Title 42 U.S.C 1983 , Uniform Commercial Code, U.S. Code. Title 17 Copyright, Treaty of Peace and Friendship June 23, 1786, Texas Penal code. Penal sec. 22.11, Penal code chapter 31,37, Texas Penal code 38.123. Texas Penal code 39.03, 18 U.S. Code Chapter 77 section 1581-1597 and Title 18 U.S.C.1512 . (Judge's & Attorney's , Lawyers & Government Officials DFPS & CPS pledged an Oath to the UNITED STATES CONSTITUTION. Deformation of my character by slandering my Fictitious Corporation unlawfully. The Government has truly failed my family as an natural man on the Creator's Earth. Being a National of America I feel truly am ashamed of how the United States of America Corporation Judicial System operates for the STATE OF TEXAS.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st, 4th, 5th, 6th, 9th amendments as a National of America. Article 1, section 9, clause 8;

**13TH Amendment Slavery equal Involuntary Servitude and the 14th Amendment= voluntary Servitude It's against the Texas Constitution and US Constitution for Indigenous American as myself to be a UNITED STATES CITIZEN see that my skin tone is Moorish. "I" Eddie-Tyrone: Manuel explained to each Attorney, Caseworker on my status and neither bother to fix their mistakes. My babies wasn't under The UNITED STATES or STATE OF TEXAS CORPORATION to be placed in the Jurisdiction of there Corporation Entities. If any adhesion Contract's was done without my knowledge & permission that's Fraud.**

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

From the very beginning of this situation, I explained my side on this situation to each Government Officials involved in this case. Neither one would except my Truthfulness and gained wealth from this tragedy. Neither Attorney or Agent filed my documents. I explained to them I'm not a United States Citizen. I explained to them I'm native American Aboriginal. Through Government Officials Fraudulent actions committed from the first day I opened my eyes in this universe on February 10, 1981 through a adhesion Contract Birth Certificate Bond I was placed in the Federal Jurisdiction without my knowledge or permission. As well 1 till 2017 was Fraudulent actions against the Government. And to know a fraud is being committed and you don't fix it your liable for perjury and Racketeering.

EUGENE WU; TBN: 24059252; WILLIAM MICHAEL THURSLAND; TBN: 20016200; WILLIAM B CONNOLLY; TBN:04702400; KEISHA SMITH-ANDERSON; TBN: 24029841; EILEEN MARIE GUERINOT; TBN:24033824 misrepresented their self's as legal Attorney's. Failed to disclose the legal ground's each court had to file suit against me as a man on Our Creator green earth. Failed to give me due process explaining how **THE STATE OF TEXAS & TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITIES** could sue me : Eddie-Tyrone: Manuel as a natural man when there just Entities. Entities can't come in and get on the stand and explain how "I" injured there Entities. **17 CFR 240.15 C 1-2- FRAUD AND MISREPRESENTATION.** Conspiring with the Plaintiff's to abducting my natural Children's well. Eugene Wu , William Michael Thursland, William B. Connolly , Keisha Smith-Anderson attached my name : Eddie-Tyrone: Manuel in all BLOCK CAPITAL LETTERS and acted outside their public capacity , in doing so operated in their private capacity by attacking me : Eddie-Tyrone: Manuel with codes & statues. Conspiracy against my family , each **STATE BAR MEMBER** is with a organization and able to conspire with one another and the (JUDGE'S) to lead them in their Judicial Court's decision.

(JUDGE'S) MICHAEL SCHNEIDER; (JUDGE) ANGELA ELISABETH ELLIS; TBN: 24012129; NATALIE CEIESTE FLEMING TBN: 07130700; KRISTIN MELISSA GUINEY; TBN: 24032381; these Magistrate's acted outside of their Judicial capacity by attacking my name Eddie-Tyrone: Manuel Natural Man in all BLOCK CAPITAL LETTERS in doing so operated in their private capacity by attaching me with **statues** violating multiple U.S Law's. As well as using my Fictitious Corporation Name's without my permission. It's Copyright Law's in this Justice System. U.S. Code : Title 17 , and I know each (JUDGE) knows about Title 17 Copyright. Attacking a name on a Birth Certificate Bond that Originally belongs to the Treasury Department in Washington, District of Columbia is part of Due Process. Magistrate's knowledge of this Fraudulent act is Treasonous acts against me and my family. The UNITED STATES CORPORATION has a Contract with local County Hospitals to file each child born in their Federal Jurisdiction and label them civiliter Mortuus as a Civilly Dead **Entity** so the UNITED STATES GOVERNMENT can have a natural breathing human being under their special U.S. Citizen's Judicial branch. That **Fraud: "Ex dolo malo non oritur action. ; " fraus est celare fraudem. ; " Fraus et dolus neminis patrocianari debent. For any court case to have Plaintiff's like; STATE OF TEXAS , DEPARTMENT OF PUBLIC SAFETY, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, etc., (Any Corporation) – is a FRAUD!!!! Conspiring with the District Attorney's along with other BAR MEMBERS to conspire against my family as a organization.**

THE OFFICE OF CONSTABLE TED HEAP; HARRIS COUNTY PRECINCT 5; SGT. LOUIS GONZALEZ; LILY LIZCANO; Sgt. Louis Gonzalez & Lily Lizcano ; Racially Profiled me when I didn't want to answer any questions for Sgt. Louis Gonzalez; assaulted ; falsely imprisoned , unlawfully detained my Fictitious Entity and illegally searched and seizures my private property and Deeds without my consent. Falsified evidence , human trafficking my children to a fictitious Corporation Entity that perjured themselves under oath and committed Treasonous acts against my family. Very Racist. Conspiring with the District Attorney's and **BAR MEMBERS** to conspire against my family and lead the discussion between them on the direction the outcome going to be.

COURTNEY A. HERNANDEZ; TBN: 24080024; MICHAEL R. HULL; TBN: 24003733; CHAUN DAVIS HUBBARD; TBN: 24000344; EVA PATRICIA MCNALLY; TBN: 13321400; ANGELA M. CRAVEN; TBN: 00796412; VINCE RYAN; SPN: 99999939; WILLIAM SUMPTER FRAZIER; TBN: 07407000; CHRIS DANIEL; SONYA GALVAN; CEO CHILD ADVOCATE INC.; KRISTY CLARK; QUANA SMITH; TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES INC. ; HENRY HANK WHITMAN JR. ; COMMISSIONER; AYESHA

REYNOLDS; SUPERVISOR II; KIMBERLY GRANT; DFPS CASEWORKER; TENNILLE WHITLOCK; DFPS JERRI THOMAS; CPS; CHRISTINE SANDTIBANDER; CPS; EBONY WASHINGTON; PATRICIA MANNING; JESSICA DEL FIERRO; DFPS; EZALIA WALKER; DFPS; TYE KELLEY; DFPS RACKETEERING is how each one of theses individuals placed their part in the human trafficking of my babies Tyedda-Alicia: Manuel; Elizabeth-Regina: Manuel and Emmanuel-King: Manuel. Manipulation Falsified evidence, perjured themselves during under oath. Had a personal financial gain in the human trafficking of my natural Children's. Theft of private property, white Slavery my babies. Conspiring with the District Attorney's and TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITY Caseworker's to lead the discussion and decision for their favor due to them all having Government Contract's and **BAR MEMBERS.**

UTMB HEALTH; DAVID L. CALLENDER; PRESIDENT; MD, MBA, FACS; DR. ANDREA GLASER; GASTROENTEROLOGIST; UTMB Hospital has a Government Conspiracy against humanity by Fraudulently filing Birth Certificate Bonds under THE UNITED STATES OF AMERICA CORPORATION labeling that document as civiliter Mortuus as a Civilly Dead Entity to be placed in the Federal Jurisdiction of the UNITED STATES. Allowed the TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITY to file documents with my FICTITIOUS NAME on them without my permission and abducting my natural child through a adhesion Contract. DR. Andrea Glaser perjured herself during the trial and assisted in the human trafficking of my son Emmanuel-King: Manuel.

STATE OF TEXAS ; TEXAS ATTORNEY GENERAL KEN PAXTON; TEXAS GOVERNOR GREG ABBOTT; RACKETEERING ; the knowledge of the ENTITY actions against humanity and failed to disclose the illegal action's.

STATE BAR OF TEXAS; TOM VICK PRESIDENT; **Knowledge on the Facts that fictitious Corporations Entities can't sue Natural Man/woman legally and was willing to set up a enslavement organization to deprive American's of our national Rights and Racketeering.**

CONSTABLE ALAN ROSEN PRECINCT 1: Fraudulently delivered documents to a fictitious Corporation Entity knowing it's a crime. Copyrighting violation and Racketeering by Conspiracy against my family.

WALLER COUNTY ; COUNTY JUDGE CARBETT " TREY" J. DUHON III; STATE TROOPER MIGUEL A TEJEDA 13484; SHERIFF GLENN SMITH; false imprisonment; theft; assault and battery ; copyrighting violation and Racketeering by Entities Contracting.

NATIONAL SCREENING CENTER; BRUCE JEFFRIES CEO; PAULA JEFFERIES OWNER; copyrighting violation; bribery; assault & battery and Racketeering because each Corporation Entity has Contract's with each other to pull a fraud.

QUEST DIAGNOSTICS STEPHEN RUSCKOWSKI CEO; MADISON SMITH; HOLLY FOWLER; BAODONG NIU TERESA THOMAS; LATASHA SIMPSON; LORI ROCHA; SONJA ROWE; DIANE BANKS; SHALINA JONES; CHRIS ANGEL; JACQUELYN JAMES; SARAH STALICA; MELISSA BUDIMLIJA; LISA JOHNSON; SHUA THAO; TERRIKA WEBB; TIM KHOUNVONGSA; DELINA CARLOS; HANG JUN DAI; GUI QIN CAO; bribery ; tampering with evidence falsifying statements and documents; Racketeering Entity Contracting.

TEXAS DEPARTMENT OF PUBLIC SAFETY; JIMMY JACKSON; THP-HP; DICKINSON POLICE DEPARTMENT & MUNICIPAL COURT RON MORALES; CHIEF OF POLICE ; WARRANT OFFICER G. VASQUEZ; Racketeering ; illegally detained and assaulted me as a natural man. Falsified evidence against my Fictitious Corporation, Entity can't sue a natural man. Racially Profiled me and kidnapped me through counties. Racketeering by Entities Contracting.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

JIM SCHWEITZER; PRESIDING JUDGE; CITY OF GALVESTON TX; Racketeering ; my Fictitious Corporation Name was ticketed without a contract with this Entity. As well as a Entity can't sue a natural man to begin with.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Washateria 13155 Alief Clodine Rd, Houston, TX 77082
HARRIS COUNTY JAIL ; 701 N San Jacinto St, Houston, TX 77002
3 North point Dr. Houston, TX 77060/ 9333 Bryant St. #200 Houston, TX 77075
1201 Franklin St, Houston, TX 77002
315TH JUDICIAL DISTRICT COURT; 1200 Congress Ave, Houston, TX 77002
407 FANNIN ST; Houston, TX 77002
UTMB HEALTH JOHN SEALY HOSPITAL; 301 8TH ST, GALVESTON, TX 77550
2500 BOLSOVER ST, HOUSTON, TX 77005
2525 MURWORTH HOUSTON, TX 77054
3701 KIRBY DR., STE. 400, HOUSTON, TX 77098

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

B. What date and approximate time did the events giving rise to your claim(s) ?

June 24, 2014 8:30 to 9:00am False imprisonment ,assault & battery by Sgt. Louis Gonzalez

6/24/2014 falsely detained for PCS for 72 day's ; Judgement entered: 5/08/2015

June 30 , 2014 Delivery by ALAN ROSEN, PRECINCT #1 HARRIS COUNTY , suit against a Fictitious Entity Corporation why unlawfully detained at 1200 BAKER ST. HOUSTON, TX 77002

July 9, 2014 had a private B.A.R. members hearing with the TDPS Entity to secretly conspire against my family as Natural Humans. Took suit against a Fictitious Corporation Name I had no rights to claim due to the UNITED STATES CORPORATION Filing the Entity through the registration of the Birth Certificate Bond. That's fraud and lacks DUE PROCESS; along with Fraudulently labeling a natural breathing human a fictional Entity UNITED STATES CITIZEN'S when I was born in the District of Columbia in Washington DC.

10/15/14 ;12:27pm; 2/4/15; 11:41 am ; 6/3/15; 3:45pm; 8/24/15; 12:37pm; 11/30/15; 12:24pm; 1/4/16; 1:02pm; 1/25/16; 4:15pm; 2/8/16; 2:19pm; 3/23/16; 4:45pm; 5/20/2016; 11:19am; 6/6/2016; 1:41pm; 1/9/2017; 1:15pm; on theses days under duress , fabricated evidence and false allegations ; due to Corporation Entities Contracting against humanity on a Natural Man of America pulled Racketeering.

October 7 , 2016 ; Dec 8, 2015; February 2, 2016 ; May 24, 2016 ; November 10, 2016 ; Nov 9, 2016 etc. I don't have or remember the actual time on theses days, I know for a fact as a Man I requested the Attorney's & Magistrate's to explain the exact Jurisdiction and how The Texas Department of Family and Protective Services had to sue me dealing with my babies. I didn't have no Contract's with them or autograph anything without being under duress and coercion by Government Employee's soliciting their service through fraud to help me get my babies home. Gere Wu didn't assist my situation at he only help his B.A.R Members abduct my babies through a adhesion Contract set up at the date of my birth. Me and my babies wasn't  United States of America Citizen on June 24, 2014 and we're still not. We're National's  Citizen's of Texas and Natives of America. I'm not black, African American or part of the Minority. I'm the Majority member of America; not immigrant's or Entities of the UNITED STATES OF AMERICA CORPORATION.

My exact knowledge on the Government Officials Fraudulent time & dates was done  behind closed doors, only for BAR members and Government Officials.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My Children's Tyedda-Alicia & Elizabeth-Regina: Manuel was human trafficked by a Caseworker JERRI THOMAS , Sgt. LOUIS GONZALES and, DEPUTY LILY LIZCANO without my consent on June 24, 2014. My wife was going through a difficult time in our marriage during that time. My wife showed up to my place that morning and wanted to keep the kids, but I wasn't able to allow that due to following CPS demands. She got very upset when I told her she couldn't watch them for the day why I go to work. So I kindly ask her to step out side why I got my babies clothes together before I go wash them. I had just moved all our belongings to my sister rent house so I could keep my babies safe out of harm's way. We got in the vehicle and started traveling down Synott Rd to Alief Clodine Rd when my wife jumped out and called me a few unattractive name's out of my character. So I made nothing of it , and went about my day. I received a call from Ms. JERRI THOMAS , that morning as well about my wife making false allegations about me using drugs. Ms. JERRI THOMAS wanted to do a drug test around my lunch break. I told her I would speak to a attorney about this. I told her I would do her test because I was clean. I heard about CPS and how they fabricate evidence from some friends. I went and got my babies some McDonald's and some snacks and went to the Washateria to wash some clothes really quick before I had to drop them off at the babysitter. I was at the Washateria when I decided to check my vehicle to make sure my wife didn't leave nothing when she jumped out in a rage. I found her medicine between the front passenger seat. I figured I'll see her again in a few minutes so I stuck them in my pocket. I started my clothes and was playing with my babies why the clothes was washing. Before I knew it , theirs a officer standing in front of me; he asked me if that was my vehicle parked in the handicap parking spot. I said yes! I explain to him I just parked there to make it easy for me to work with my babies. Sgt. LOUIS GONZALES ; going to ask me to step out side he needed to ask me some questions, I said what questions? He said just step out side ; I said I'll come out in a minute , and he said no he have to escort me outside. I asked him for what ? I haven't done nothing wrong. I never gave him my name or anything. He said he just needed to ask me a few questions.

So I walked out the door in front of Sgt. LOUIS GONZALES when I was assaulted by Sgt. LOUIS GONZALES falsely imprisoned unlawfully detained by Sgt. LOUIS GONZALES. Two other Public Servants abducted my babies by snacking them out my arm's. Sgt. LOUIS GONZALES , illegally searched my pockets and my vehicle without my consent. Sgt. LOUIS GONZALES & DEPUTY LILY LIZCANO illegally searched my apartment at ASHFORD CREEK APARTMENTS ; 3803 SYNOTT RD, HOUSTON, TX 77082. I : Eddie-Tyrone: Manuel , didn't Sign no consent form or affidavit to allow Sgt. LOUIS GONZALES or DEPUTY LILY LIZCANO permission to search my home. I had sixty two thousand dollars I saved, in my apartment , that I was never able to get back too. Due to being falsely imprisoned unlawfully I lost everything. Sgt. LOUIS GONZALES ruffed me up and threw me in the back of his SUV. Sgt. GONZALEZ illegal started searching my vehicle without my consent. Sgt. LOUIS GONZALES and two other Public Servants searched my vehicle twice before the k-9 unit showed up. Then k-9 didn't hit nothing as well. Then my wife jumped out another patrol car , and jumped in my vehicle and came out with a bag and handed it to Sgt. LOUIS GONZALES. And that when Sgt. LOUIS GONZALES , said we got him now. Being Natives of America and Copper colored in this British Accredited Registry UNITED STATES Justice System we don't have the same rights as a Caucasian 14th Amendments US CITIZEN'S. It's been three years since I seen my daughter's and a year and half since I seen my son. No one will never understand how I feel being falsely imprisoned unlawfully my parenting Rights stripped from me over fabricating evidence. My babies been falsely imprisoned going on four years for my daughter's now and two for my son.

As a loving Father , as a Natural Man under our Creator Firmament , I didn't do anything wrong but , do my best in caring for my family. Being labeled as (black) in a Caucasian Judicial System , and have biracial Children's I didn't get to have no CONSTITUTIONAL RIGHTS due to being a FICTITIOUS ENTITY . I was falsely incarcerated for 74 day's out my

daughter's life over fabricating evidence. My babies abducted and fostered out into Slavery over false allegations on TDFPS and Public Servant to protect themselves over their Fraudulent actions. The position they played to put a innocent Indigenous American Father and his Children's isn't AMERICAN. Each Individual that played their role in this Racketeering scam have to be punished. The Magistrate's in both cases limited my access to visit my children's. As well as my son Emmanuel-King: Manuel having health issues since the day he was born. TDFPS Caseworker's made a decision to remove my son intestinal system. My child has to go through his child hood with Heath Issues due to the TDFPS making a decision that may could've went the other way. It has been four years of not seeing my babies waking up in the morning; being able to cook for them, to show them how much I love them, to prove to my babies their Daddy loves them unconditionally. My babies wondering what's going own and why their with theses people. Foster care takers are only in it for the money and adopting them out to another person is only in it for the long money. Adoptive parents will never love and adore my babies as I will. I wasn't told nothing about the people my babies with, where their at, and how their doing. I don't sleep much stressing about my beautiful babies being with other people they don't know.

This has been "the most traumatic experience" of our lives. I'm going through different emotional feelings daily: overwhelmingly frustrated, daily in disbelief, how the government agencies and the TEXAS Judicial System failed my family. The United States of America Justice System failed for my family due to me being Natives American. I'm truly shocked that this happened to me at thirty three years in my life. I had a clean and clear record and then the STATE OF TEXAS district Attorney offering me twenty five year's going to trial or taking a plea deal for time served isn't right. KEISHA SMITH-ANDERSON my court appointed Attorney had all the evidence that would've proved I was innocent and she had to plea deal because that's the BAR MEMBERS rules for the so called (Blacks). It's against the policy for a (black) person to get a case dismissed if he's innocent. It's hard being civiliter Mortuus in the United States Corporation Justice System. Before all this happened I was a draft assistant at United Steel Structure, Great Father, with plenty of finances, well dressed Man, and running my own side business as a A/C Technician, Lawn Care and mechanic part time, as well as a upstanding Native American for thirty three years prior to this traumatic experience in my life and my daughter's Tyedda-Alicia, Elizabeth-Regina and my Son Emmanuel-King: Manuel are missing me as much as I'm missing them. I'm emotionally draining trying to figure out all this United States of America Corporation Citizenship stuff; it's not right.

The deceptive Public Servants and TDPS Caseworker's that violated their own civil practice & UNITED STATES CONSTITUTION have to be fined and fired. The tricky, duress, fabrication of evidence, false testimony, lack of due process have to be made right for the defamation of my name and my character.

(JUDGE) MICHAEL SCHNEIDER ; was presented **"Exculpatory Evidence"** that would've been in favor to help me with getting my babies home, and he made my evidence **"Inadmissible"**, he lead the jury during the trial to be in favor of the TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES CORPORATION due to the BAR MEMBERS being bias against me as a Father & Man being American and questioning the courts Jurisdiction along with how the TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES could sue me as a Natural Man and there just a Entity.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Being incarcerated in HARRIS COUNTY JAIL I had to get naked in front of other people all the time. I had to endure harassment by correctional officers, Racist Public Servants and had altercation with different other inmate's. I didn't get no rest in that facility due to the lights being on twenty four hours a day. I had to be enslaved unwillingly by not be able to make bond due to my finances being back at my apartment no one was able to get to. My emotional feelings changed when I came out of HARRIS COUNTY JAIL, I wasn't the same Man no more. I became a very angry Person about my life, I had my license to drive taken away due to a fraudulent charge. My migraines came back daily stressing about my children's. I thought about suicide before I found the God within me to fix the things I couldn't change.

My babies girl's didn't understand what was going own. TDFPS Caseworker's made a decision to have my babies see therapist, like their slow just because they wasn't bonding with the people they was placed with. TDFPS Caseworker's TENNILLE WHITLOCK I explained to her how dangerous vaccines are and she allowed the foster care people to risk making my babies sick anyway knowing that them vaccines have lead and different other chemicals that cause Cancer along with making children sick and some times cause deaths.

My Son Emmanuel-King: Manuel had a lot of surgeries since the day he was born. TDFPS made it difficult for me to know his Doctors and staff members at UTMB HOSPITAL due them defaming my character and making false allegations. My son had his intestinal system removed due the decision of Government Officials Fraudulent actions.

My family has endured much pain and suffering from each one of us. Mentally and physically along with emotionally.

Our injuries from this traumatic experience, will forever leave permanent scares mentally, emotionally, physically, long time discomfort trauma, humiliation, embarrassment, and forever sleeplessness worrying about my beautiful babies Tyedda, Elizabeth and King Manuel. This Government Conspiracy against my family helping every Agent involved gain wealth from our pain and suffering. May our Creator bless us to come back together as a family soon.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

**V. Relief** "I" Eddie-Tyrone: Manuel Natural Man and Father want my DNA bloodline natural God given rights back to my babies Tyedda-Alicia, Elizabeth-Regina and Emmanuel-King: Manuel. (2) Four Billion dollars for pain & suffering due to Government Officials committing Treasonous acts against my family to gain wealth. (3) One million five hundred thousand each year till my daughter's & son Tyedda-Alicia: Manuel, Elizabeth-Regina: Manuel & Emmanuel-King: Manuel turn 21 year's of age, as well for making decisions without my permission for my babies health, given my babies vaccine shots after I explained to the DFPS Caseworker's about how dangerous those vaccine's are. Making health decision on behalf of my son Emmanuel-King: Manuel and taking his intestinal system out without the consent of the rightful Beneficiary on those decisions. (4) one million dollars each to my oldest three children for the pain & suffering due to them not being able to be with their sister's and little brother. (5) My Fictitious Name EDDIE TYRONE MANUEL cleared out all County records in the State of TEXAS. (6) One Million for my Brother Jonathan: Manuel For pain & suffering about his nieces and nephew being placed in Slavery by The STATE OF TEXAS Government Corporations & Agencies.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    : Eddie-Tyrone: Manuel UCC1-308 Beneficiary
Printed Name of Plaintiff : Eddie-Tyrone: Manuel UCC1-308 Beneficiary

### B. For Attorneys

Date of signing: _____

Signature of Attorney    Attorney in Fact
Printed Name of Attorney
Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | | | |
|---|---|---|---|
| Name of Law Firm | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| Telephone Number | | | |
| E-mail Address | | | |