IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE-TYRONE: MANUEL | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-2434 |
| | § | |
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Eddie-Tyrone: Manuel sued as beneficiary for Eddie Tyrone Manuel, Tyedda Alicia Manuel, Elizabeth Regina Manuel, and Emmanuel King Manuel, his children. He sued the State of Texas, the governor, and a long list of state agencies, counties, lawyers, the State Bar, and judges, in their official capacity. The complaint is 16 pages long. It contains citations to laws, supposed laws, and matters that are not legal in nature. Manuel's statement of claim includes the following:

> From the very beginning of this situation, I explained my side on this situation to each Government Officials involved in this case. Neither one would except my Truthfulness and gained wealth from this tragedy. Neither Attorney or Agent filed my documents. I explained to them I'm not a United States Citizen. I explained to them I'm native American Aboriginal. Through Government Officials Fraudulent actions committed from the first day I opened my eyes in this universe on February 10, 1981 through a adhesion Contract Birth Certificate Bond I was placed in the Federal Jurisdiction without my knowledge or permission. As well 1 till 2017 was Fraudulent actions against the Government. And to know a fraud is being committed and you don't fix it your liable for perjury and Racketeering.
>
> EUGENE WU; TBN: 24059252; WILLIAM MICHAEL THURSLAND; TBN: 20016200; WILLIAM B CONNOLLY; TBN: 04702400; KEISHA SMITH-ANDERSON; TBN: 24029841; EILEEN MARIE GUERINOT; TBN: 24033824 misrepresented their self's as legal Attorney's. Failed to disclose the legal ground's each court had to file suit against me as a man on Our Creator green earth. Failed to give me due process explaining how **THE STATE OF TEXAS & TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITIES** could sue me : <u>Eddie-Tyrone: Manuel</u> as a natural man when there just Entities.

Entities can't come in and get on the stand and explain how "I" injured there Entities. **17 CFR 240.15 C 1-2-FRAUD AND MISREPRESENTATION**. Conspiring with the Plaintiff's to abducting my natural Children's well.  Eugene Wu, William Michael Thursland, William B. Connolly, Keisha Smith-Anderson attached my name: <u>Eddie-Tyrone: Manuel</u> in all BLOCK CAPITAL LETTERS and acted outside their public capacity, in doing so operated in their private capacity by attacking me: Eddie-Tyrone: Manuel with codes and statues.  Conspiracy against my family, each **STATE BAR MEMBER** is with a organization and able to conspire with one another and the (JUDGE'S) to lead them in their Judicial Court's decision.

(JUDGE'S) MICHAEL SCHNEIDER; (JUDGE) ANGELA ELISABETH ELLIS; TBN: 24012129; NATALIE CEIESTE FLEMING TBN: 07130700; KRISTIN MELISSA GUINEY; TBN: 24032381; these Magistrate's acted outside of their Judicial capacity by attacking my name Eddie-Tyrone: Manuel Natural Man in all BLOCK CAPITAL LETTERS in doing so operated in their private capacity by attaching me with **statues** violating multiple U.S. Law's. As well as using my Fictitious Corporation Name's without my permission.  It's Copyright Law's in this Justice System. U.S. Code: Title 17, and I know each (JUDGE) knows about Title 17 Copyright. Attacking a name on a Birth Certificate Bond that Originally belongs to the Treasury Department in Washington, District of Columbia is part of Due Process.  Magistrate's knowledge of this Fraudulent act is Treasonous acts against me and my family.  The UNITED STATES CORPORATION has a Contract with local County Hospitals to file each child born in their Federal Jurisdiction and label them civiliter Mortuus as a Civilly Dead **Entity** so the UNITED STATES GOVERNMENT can have a natural breathing human being under their special U.S. Citizen's Judicial branch.  That **Fraud: "Ex dolo malo non oritur action.; "fraus est celare fraudem.; "Fraus et dolus neminis patrocianari debent. For any court case to have Plaintiff's like; STATE OF TEXAS, DEPARTMENT OF PUBLIC SAFETY, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, etc, (Any corporation) – is a FRAUD!!!! Conspiring with the District Attorney's along with other BAR MEMBERS to conspire against my family as a organization.**

THE OFFICE OF CONSTABLE TED HEAP; HARRIS COUNTY PRECINCT 5; SGT. LOUIS GONZALEZ; LILY LIZCANO; Sgt. Louis Gonzalez & Lily Lizcano; Racially Profiled me when I didn't want to answer any questions for Sgt. Louis Gonzalez; assaulted; falsely imprisoned, unlawfully detained my Fictitious Entity and illegally searched and seizures my private property and Deeds without my consent.  Falsified evidence, human trafficking my children to a fictitious Corporation Entity that perjured themselves under oath and committed Treasonous acts against my family.  Very Racist. Conspiring with the District Attorney's and **BAR MEMBERS** to conspire against my family and lead the discussion between them on the direction the outcome going to be.

COURTNEY A. HERNANDEZ; TBN: 24080024; MICHAEL R. HULL; TBN: 24003733; CHAUN DAVIS HUBBARD; TBD: 24000344; EVA PATRICIA MCNALLY; TBN: 13321400; ANGELA M. CRAVEN; TBN: 00796412; VINCE RYAN; SPN: 99999939; WILLIAM SUMPTER FRAZIER; TBN: 07407000; CHRIS DANIEL; SONYA GALVAN; CEO CHILD ADVOCATE INC.; KRISTY CLARK; QUANA SMITH; TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES INC.; HENRY HANK WHITMAN JR; COMMISSIONER; AYESHA REYNOLDS; SUPERVISOR II; KIMBERLY GRANT; DFPS CASEWORKER; TENNILLE WHITLOCK; DFPS JERRI THOMAS; CPS; CHRISTINE SANDTIBANDER; CPS; EBONY WASHINGTON; PATRICIA MANNING; JESSICA DEL FIERRO; DFPS; EZALIA WALKER; DFPS; TYE KELLEY; DFPS RACKETEERING is how each one of theses individuals placed their part in the human trafficking of my babies Tyedda-Alicia: Manuel; Elizabeth-Regina: Manuel and Emmanuel-King: Manuel. Manipulation Falsified evidence, perjured themselves during under oath. Had a personal financial gain in the human trafficking of my natural Children's. Theft of private property, white Slavery my babies. Conspiring with the District Attorney's and TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITY Caseworker's to lead the discussion and decision for their favor due to them all having Government Contract's and **BAR MEMBERS.**

UTMB HEATH; DAVID L. CALLENDER; PRESIDENT; MD, MBA, FACS, DR. ANDREA GLASER; GASTROENTEROLOGIST; UTMB Hospital has a Government Conspiracy against humanity by Fraudulently filing Birth Certificate Bonds under THE UNITED STATES OF AMERICA CORPORATION labeling that document as civiliter Mortuus as a Civilly Dead Entity to be placed in the Federal Jurisdiction of the UNITED STATES. Allowed the TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ENTITY to file documents with my FICTITIOUS NAME on them without my permission and abducting my natural child through a adhesion Contract. DR. Andrea Glaser perjured herself during the trial and assisted in the human trafficking of my son Emmanuel-King: Manuel.

STATE OF TEXAS; TEXAS ATTORNEY GENERAL KEN PAXTON; TEXAS GOVERNOR GREG ABBOT; RACKETEERING; the knowledge of the ENTITY actions against humanity and failed to disclose the illegal action's.

STATE BAR OF TEXAS; TOM VICK PRESIDENT; **Knowledge on the Facts that fictitious Corporation Entitles can't sue Natural Man/ woman legally and was willing to set up a enslavement organization to deprive American's of our national Rights and Racketeering.**

CONSTABLE ALAN ROSEN PRECINCT 1: Fraudulently delivered documents to a fictitious Corporation Entity knowing it's a crime. Copyrighting violation and Racketeering by Conspiracy against my family.

WALLER COUNTY; COUNTY JUDGE CARBETT "TREY" J. DUHON III; STATE TROOPER MIGUEL A TEJEDA 13484; SHERIFF GLENN SMITH; false imprisonment; theft; assault and battery; copyrighting violation and Racketeering by Entities Contracting.

NATIONAL SCREENING CENTER; BRUCE JEFFRIES CEO; PAULA JEFFERIES OWNER; copyrighting violation; bribery; assault & battery and Racketeering because each Corporation Entity has Contract's with each other to pull a fraud.

QUEST DIAGNOSTICS STEPHEN RUSCKOWSKI CEO; MADISON SMITH; HOLLY FOWLER; BAODONG NIU TERESA THOMAS; LATASHA SIMPSON; LORI ROCHA; SONJA ROWE; DIANE BANKS; SHALINA JONES; CHRIS ANGEL; JACQUELYN JAMES; SARAH STALICA; MELISSA BUDIMLIJA; LISA JOHNSON; SHUA THAO; TERRIKA WEBB; TIM KHOUNVONGSA; DELINA CARLOS; HANG JUN DAI; GUI QIN CAO; bribery; tampering with evidence falsifying statements and documents; Racketeering Entity Contracting.

TEXAS DEPARTMENT OF PUBLIC SAFETY; JIMMY JACKSON; THP-HP; DICKINSON POLICE DEPARTMENT & MUNICIPAL COURT RON MORALES; CHIEF OF POLICE; WARRANT OFFICER G. VASQUEZ; Racketeering; illegally detained and assaulted me as a natural man. Falsified evidence against my Fictitious Corporation, Entity can't sue a natural man. Racially Profiled me and kidnapped me through counties. Racketeering by Entities Contracting.

JIM SCHWEITZER; PRESIDING JUDGE; CITY OF GALVESTON TX; Racketeering; my Fictitious Corporation Name was ticketed without a contract with this Entity. As well as a Entity can't sue a natural man to begin with.

. . .

**B.   What date and approximate time did the events giving rise to your claim(s)?**

June 24, 2014 8:30 to 9:00am False imprisonment, assault & battery by Sgt. Louis Gonzalez

6/24/2014 falsely detained for PCS for 72 day's; Judgement entered: 5/08/2015

June 30, 2014 Delivery by ALAN ROSEN, PRECINCT #1 HARRIS COUNTY, suit against a Fictitious Entity Corporation why unlawfully detained at 1200 BAKER ST. HOUSTON, TX 77002

July 9, 2014 had a private B.A.R. members hearing with the TDPS Entity to secretly conspire against my family as Natural Humans. Took suit against a Fictitious

4

Corporation Name I had no rights to claim due to the UNITED STATES CORPORATION Filing the Entity through the registration of the Birth Certificate Bond. That's fraud and lacks DUE PROCESS; along with Fraudulently labeling a natural breathing human a fictional Entity UNITED STATES CITIZEN'S when I was born in the District of Columbia in Washington, DC.

10/15/14; 12:27pm; 2/4/15; 11:41 am ; 6/3/15; 3:45pm; 8/24/15; 12:37pm; 11/30/15; 12:24pm; 1/4/16; 1:02pm; 1/25/16; 4:15pm; 2/8/16; 2:19pm; 3/23/16; 4:45pm; 5/20/2016; 11:19am; 6/6/2016; 1:41pm; 1/9/2017; 1:15pm; on these days under duress, fabricated evidence and false allegations; due to Corporation Entities Contracting against humanity on a Natural Man of America pulled Racketeering.

October 7, 2016: Dec 8, 2015; February 2, 2016; May 24, 2016; November 10, 2016; Nov 9, 2016 etc. I don't have or remember the actual time on theses days, I know for a fact as a Man I requested the Attorney's & Magistrate's to explain the exact Jurisdiction and how The Texas Department of Family and Protective Services had to sue me dealing with my babies. I didn't have no Contract's with them or autograph anything without being under duress and coercion by Government Employee's soliciting their service through fraud to help me get my babies home. Gere Wu didn't assist my situation at he only help his B.A.R Members abduct my babies through a adhesion Contract set up at the date of my birth. Me and my babies wasn't United States of America Citizen on June 24, 2014 and we're still not. We're National's Citizen's of Texas and Natives of America. I'm not black, African American or part of the Minority. I'm the Majority member of America; not immigrant's or Entities of the UNITED STATES OF AMERICA CORPORATION.

My exact knowledge on the Government Officials Fraudulent time and dates was done behind closed doors, only for BAR members and Government Officials.

C. **What are the facts underlying your claims(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)**

My Children's Tyedda-Alicia & Elizabeth-Regina: Manuel was human trafficked by a Caseworker JERRI THOMAS, Sgt. LOUIS GONZALEZ and, DEPUTY LILY LIZCANO without my consent on June 24, 2014. My wife was going through a difficult time in our marriage during that time. My wife showed up to my place that morning and wanted to keep the kids, but I wasn't able to allow that due to following CPS demands. She got very upset when I told her she couldn't watch them for the day why I go to work. So I kindly ask her to step out side why I got my babies clothes together before I go wash them. I had just moved all our belongings to my sister rent house so I could keep my babies safe out of harm's way. We got in the vehicle and started traveling down Synott Rd to Alief Clodine Rd when my wife jumped out and called me a few unattractive name's out of my character. So I made nothing of it, and went about my day. I received a call from Ms. JERRI THOMAS, that morning as well about my wife making false allegations about me using drugs.

5

Ms. JERRI THOMAS wanted to do a drug test around my lunch break. I told her I would speak to a attorney about this. I told her I would do her test because I was clean. I heard about CPS and how they fabricate evidence from some friends. I went and got my babies some McDonald's and some snacks and went to the Washateria to wash some clothes really quick before I had to drop them off at the babysitter. I was at the Washateria when I decided to check my vehicle to make sure my wife didn't leave nothing when she jumped out in a rage. I found her medicine between the front passenger seat. I figured I'll see her again in a few minutes so I stuck them in my pocket. I started my clothes and was playing with my babies why the clothes was washing. Before I knew it, theirs a officer standing in front of me; he asked me if that was my vehicle parked in the handicap parking spot. I said yes! I explain to him I just parked there to make it easy for me to work with my babies. Sgt. LOUIS GONZALES; going to ask me to step out side he needed to ask me some questions, I said what questions? He just said step out side; I said I'll come out in a minute, and he said no he have to escort me outside. I asked him for what? I haven't done nothing wrong. I never gave him my name or anything . He said he just needed to ask me a few questions.

So I walked out the door in front of Sgt. LOUIS GONZALES when I was assaulted by Sgt. LOUIS GONZALES falsely imprisoned unlawfully detained by Sgt. LOUIS GONZALES. Two other Public Servants abducted my babies by snacking them out my arm's. Sgt. LOUIS GONZALES, illegally searched my pockets and my vehicle without my consent. Sgt. LOUIS GONZALES & DEPUTY LILY LIZCANO illegally searched my apartment at ASHFORD CREEK APARTMENTS ; 3803 SYNOTT RD, HOUSTON, TX 77082. I: <u>Eddie-Tyrone: Manuel</u> didn't Sign no consent form or affidavit to allow Sgt. LOUIS GONZALES or DEPUTY LILY LIZCANO permission to search my home. I had sixty two thousand dollars I saved in my apartment, that I was never able to get back too. Due to being falsely imprisoned unlawfully I lost everything. Sgt. LOUIS GONZALES ruffed me up and threw me in the back of his SUV. Sgt. GONZALES illegal started searching my vehicle without my consent. Sgt. LOUIS GONZALES and two other Public Servants searched my vehicle twice before the k-9 unit showed up. Then k-9 didn't hit nothing as well. Then my wife jumped out another patrol car, and jumped in my vehicle and came out with a bag and handed it to Sgt. LOUIS GONZALES. And that when Sgt. LOUIS GONZALES, said we got him now. Being Natives of America and Copper colored in this British Accredited Registry UNITED STATES Justice System we don't have the same rights as a Caucasian 14th Amendments US CITIZEN'S. It's been three years since I seen my daughter's and a year and a half since I seen my son. No one will never understand how I feel being falsely imprisoned unlawfully my parenting Rights stripped from me over fabricating evidence. My babies been falsely imprisoned going on four years for my daughter's now and two for my son.

As a loving Father, as a Natural Man under our Creator Firmament, I didn't do anything wrong but, do my best in caring for my family. Being labeled as (black) in a Caucasian Judicial System, and have biracial Children's I didn't get to have no

6

CONSTITUTIONAL RIGHTS due to being a FICTITIOUS ENTITY. I was falsely incarcerated for 74 day's out my daughter's life over fabricating evidence . My babies abducted and fostered out into Slavery over false allegations on TDFPS and Public Servant to protect themselves over their Fraudulent actions. The position they played to put a innocent Indigenous American Father and his Children's isn't AMERICAN. Each Individual that played their role in this Racketeering scam have to be punished. The Magistrate's in both cases limited my access to visit my children's. As well as my son Emmanuel-King: Manuel having health issues since the day he was born. TDFPS Caseworker's made a decision to remove my son intestinal system. My child has to go through his child hood with Health Issues due to the TDFPS making a decision that may could've went the other way. It has been four years of not seeing my babies waking up in the morning; being able to cook for them, to show them how much I love them, to prove to my babies their Daddy loves them unconditionally. My babies wondering what's going own and why their with theses people. Foster care takers are only in it for the money and adopting them out to another person is only in it for the long money. Adoptive parents will never love and adore my babies as I will. I wasn't told nothing about these people my babies with, where their at, and how their doing. I don't sleep much stressing about my beautiful babies being with other people they don't know.

This has been "the most traumatic experience" of our lives. I'm going through different emotional feelings daily: overwhelmingly frustrated, daily in disbelief, how the government agencies and the TEXAS Judicial System failed my family. The United States of America Justice System failed for my family due to be being Natives American. I'm truly shocked that this happened to me at thirty three years in my life. I had a clean and clear record and then the STATE OF TEXAS district Attorney offering me twenty five year's going to trial or taking a plea deal for time served isn't right. KEISHA SMITH-ANDERSON my court appointed Attorney had all the evidence that would've proved I was innocent and she had to plea deal because that's the BAR MEMBER rules for the so called (Blacks). It's against the policy for a (black) person to get a case dismissed if he's innocent. It's hard being civiliter Mortuus in the United States Corporation Justice System. Before all this happened I was a draft assistant at United Steel Structure, Great Father, with plenty of finances, well dressed Man**,** and running my own side business as a A/C Technician, Lawn Care and mechanic part time, as well as a upstanding Native American for thirty three years prior to this traumatic experience in my life and my daughter's Tyedda-Alicia, Elizabeth-Regina and my Son Emmanuel-King: Manuel are missing me as much as I'm missing them. I'm emotionally draining trying to figure out all this United States of America Corporation Citizenship stuff; it's not right.

IV.   **Injuries**

   **If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.**

Being incarcerated in HARRIS COUNTY JAIL I had to get naked in front of other people all the time. I had to endure harassment by correctional officers, Racist Public Servants and had altercation with different other inmate's. I didn't get no rest in that facility due to the lights being on twenty four hours a day. I had to be enslaved unwillingly by not being able to make bond due to my finances being back at my apartment no one was able to get to. My emotional feelings changed when I came out of HARRIS COUNTY JAIL, I wasn't the same Man no more. I became a very angry Person about my life, I had my license to drive taken away due to a fraudulent charge. My migraines came back daily stressing about my children's. I thought about suicide before I found the God within me to fix the things I couldn't change.

My babies girl's didn't understand what was going own. TDFPS Caseworker's made a decision to have my babies see therapist, like their slow just because they wasn't bonding with the people they was placed with. TDFPS Caseworker's TENNILLE WHITLOCK I explained to her how dangerous vaccines are and she allowed the foster care people to risk making my babies sick anyway knowing that them vaccines have lead and different other chemicals that cause cancer along with making children sick and some times cause deaths.

My Son Emmanual-King: Manuel had a lot of surgeries since the day he was born. TDFPS made it difficult for me to know his Doctors and staff members at UTMB HOSPITAL due them defaming my character and making false allegations. My son had his intestinal system removed due to the decision of Government Officials Fraudulent actions.

My family has endured much pain and suffering from each one of us. Mentally and physically along with emotionally.

Our injuries from this traumatic experience, will forever leave permanent scares mentally, emotionally, physically, long time discomfort trauma, humiliation, embarrassment, and forever sleeplessness worrying about my beautiful babies Tyedda, Elizabeth and King Manuel. This Government Conspiracy against my family helping every Agent involved gain wealth from our pain and suffering. May our Creator bless us to come back together as a family soon.

His claim for relief is as follows:

"I" Eddie-Tyrone: Manuel Natural Man and Father want my DNA bloodline natural God given rights back to my babies Tyedda-Alicia, Elizabeth-Regina and Emmanuel-King: Manuel. (2) Four Billion Dollars for pain & suffering due to Government Officials committing Treasonous acts against my family to gain wealth. (3) One million five hundred thousand each year till my daughter's & son Tyedda-Alicia: Manuel, Elizabeth-Regina: Manuel & Emmanuel-King: Manuel turn 21 year's of age, as well for making decisions without my permission for my babies health, given my babies vaccine shots after I explained to the DFPS Caseworker's

8

about how dangerous those vaccine's are. Making health decision on behalf of my son Emmanuel-King: Manuel and taking his intestinal system out without the consent of the rightful Beneficiary on those decisions. (4) one million dollars each to my oldest three children for the pain & suffering due to them not being able to be with their sister's and little brother. (5) My Fictitious Name EDDIE TYRONE MANUEL cleared out all County records in the State of TEXAS. (6) One Million for my Brother Jonathan: Manuel For pain & suffering about his nieces and nephew being placed in Slavery by The STATE OF TEXAS Government Corporation & Agencies.

Unlike state courts, which have subject-matter jurisdiction over a broad assortment of causes and claims, the jurisdiction of federal courts is limited only to cases or controversies that are "authorized by Article III of the [United States] Constitution and the statutes enacted by Congress pursuant thereto." *Bender v. Williamsport Area Sch. Dist.,* 475 U.S. 534, 541 (1986) (citing *Marbury v. Madison,* 1 Cranch (5 U.S.) 137, 173-180 (1803)); *Scarlott v. Nissan North Amer., Inc.*, 771 F.3d 883, 887 (5th Cir. 2014) ("Federal Courts are courts of limited jurisdiction 'hav[ing] only the authority endowed by the Constitution and that conferred by Congress.'") (quotation omitted). Because of the limits on federal judicial power, district courts have a duty to evaluate subject-matter jurisdiction, even if the parties do not raise this issue, before reaching the merits of a case. *See Ruhrgas AG v. Marathon Oil Co.,* 526 U.S. 574, 583 (1999); *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.,* 668 F.3d 281, 286 (5th Cir. 2012) ("Federal courts are courts of limited jurisdiction; without jurisdiction conferred by statute, they lack the power to adjudicate claims.") (citations omitted). If a district court determines at any time that it lacks subject-matter jurisdiction, it "must dismiss the action." FED. R. CIV. P. 12(h)(3).

Title 28 U.S.C. § 1915(e)(2) provides ". . . the court shall dismiss the case at any time if the court determines that . . . (B) the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."

Federal Rule of Civil Procedure 8 mandates that a pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief." This standard demands more than unadorned accusations, "labels and conclusions," "a formulaic recitation of the elements of a cause of action," or "naked assertion[s]" devoid of "further factual enhancement." *Bell Atl. v. Twombly*, 550 U.S. 544, 555-57 (2007) (citations and internal quotation marks omitted). A complaint must contain sufficient factual matter, accepted as true, to state a claim that is plausible on its face. *Id.* at 570. Facial plausibility is satisfied when the plaintiff pleads factual content that allows the court to draw a reasonable inference that the defendant is liable for the misconduct alleged. *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009). Manuel's complaint fails to meet this standard. Nor does Manuel's complaint establish federal subject-matter jurisdiction, which is also a failure to state a claim upon which relief may be granted.

Manuel filed an earlier suit with similar allegations. It was dismissed for the same reasons. In this case, as in the earlier case, Manuel appears to try to relitigate underlying state-court actions addressing parental rights and a criminal conviction. There is no showing that the criminal conviction has been set aside or called into doubt as necessary to permit this case to proceed.

This case is dismissed under Title 28 U.S.C. § 1915 (e)(2)(B)(ii).

SIGNED on August 15, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge